IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARL ANTHONY WARDLAW, et al.,

    Plaintiffs,

v.

KNEW RECORDS, INC., et al.,

    Defendants.

CIVIL ACTION NO.
1:05-CV-2852-JEC

### ORDER

The above entitled action is presently before the Court on defendants' Motion for Leave to File Motion to Dismiss in Paper Form [5] and defendants' Motion to Dismiss [6].

IT IS HEREBY ORDERED that the Court **GRANTS** defendants' Motion for Leave to File Motion to Dismiss in Paper Form [5] and **DENIES** defendants' Motion to Dismiss [6].

SO ORDERED, this 7 day of FEBRUARY, 2006.

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE